AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ERIK R. BLACK,

      Plaintiff,              JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER: **3:07-CV-00562-BES-RAM**

HOWARD SKOLNIK, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that defendants' Motion to Dismiss (#21) is GRANTED.

  March 6, 2009                                          **LANCE S. WILSON**
                                                                     Clerk

                                                                     /s/ P. McDonald
                                                                     Deputy Clerk